JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

**Attorney for Plaintiff
CHRISTOPHER KERSHNER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER KERSHNER,** | NO.  2:21-cv-01849-DMC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL [F.R.C.P. 41(a)]** |
| **Kilolo Kijakazi,** **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. _____/ | |

    Plaintiff CHRISTOPHER KERSHNER and defendant COMMISSIONER OF SOCIAL SECURITY stipulate under Rule 41(a)(1)(ii) that this action be dismissed with prejudice in its entirety, with each party bearing that party's attorney fees and costs.

    DATED:   November 5, 2022              /s/ Jesse S. Kaplan

                                                                JESSE S. KAPLAN
                                                              Attorney for Plaintiff
                                                              CHRISTOPHER KERSHNER

DATED: November 7, 2022         /s/  Marcelo Illarmo
Marcelo Illarmo
Special Assistant U.S. Attorney
Attorney for Defendant
COMMISSIONER OF SOCIAL SECURITY

**ORDER OF DISMISSAL**

Based on the above stipulation of the parties, IT IS ORDERED that this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing that party's attorney fees and costs.

Dated:  November 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE